**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| Plaintiff, | Case No. 2:12-cv-133 |
| v. | **PATENT CASE** |
| **XPLORE TECHNOLOGIES CORP.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**AGREED MOTION TO DISMISS WITH**
**PREJUDICE, PURSUANT TO SETTLEMENT**

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff NovelPoint Security LLC ("NovelPoint") hereby moves to dismiss with prejudice NovelPoint's claims against Defendant Xplore Technologies Corp. in this case, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 20, 2012         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_/s/ Craig Tadlock_____
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　　214-785-6014
　　　　　　　　　　　　　　　　　　　　craig@tadlocklawfirm.com
　　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff NovelPoint Security LLC*

## CERTIFICATE OF CONFERENCE

     I hereby certify that on June 19, 2012, I conferred by email with outside counsel for Defendant Xplore Technologies Corp., Jonathan J. Russo of Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036, phone 212-858-1528. Counsel for Xplore Technologies Corp. and I agreed to the form and substance of this motion and all relief requested therein. Accordingly, this motion is an agreed motion.

/s/ Craig Tadlock
Craig Tadlock

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that, on this the 20th day of June, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Craig Tadlock
Craig Tadlock