**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br> v. <br><br> **XPLORE TECHNOLOGIES CORP.,** <br><br> Defendant. | Case No. 2:12-cv-133 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**AGREED MOTION TO DISMISS WITH
PREJUDICE, PURSUANT TO SETTLEMENT**

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff NovelPoint Security LLC ("NovelPoint") hereby moves to dismiss with prejudice NovelPoint's claims against Defendant Xplore Technologies Corp. in this case, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 20, 2012                            Respectfully submitted,

                                                  _/s/ Craig Tadlock_____
                                                 Craig Tadlock
                                                 State Bar No. 00791766
                                                 Keith Smiley
                                                 State Bar No. 24067869
                                                 TADLOCK LAW FIRM PLLC
                                                 2701 Dallas Parkway, Suite 360
                                                 Plano, Texas 75093
                                                 214-785-6014
                                                 craig@tadlocklawfirm.com
                                                 keith@tadlocklawfirm.com

                                                 *Attorneys for Plaintiff NovelPoint Security LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 19, 2012, I conferred by email with outside counsel for Defendant Xplore Technologies Corp., Jonathan J. Russo of Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036, phone 212-858-1528. Counsel for Xplore Technologies Corp. and I agreed to the form and substance of this motion and all relief requested therein. Accordingly, this motion is an agreed motion.

/s/ Craig Tadlock
Craig Tadlock

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 20th day of June, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Craig Tadlock
Craig Tadlock